# EXHIBIT A

**mcm** P.O. Box 939019
San Diego, CA 92193-9019

ADDRESS SERVICE REQUESTED

## *Settlement Opportunity*

| | |
|---|---|
| Contact Information: | Tel (800) 935-4566 |
| | Fax (800) 306-4443 |
| Hours of Operation: | M-Th 6am - 7pm; Fri 6am - 5pm; Sat 6am - Noon PST |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | CAPITAL ONE |
| MCM Account No: | |
| Current Balance: | $1,292.93 |
| Payment Due Date: | 06-03-2007 |
| Letter Code: | 06651024 |

04-19-2007

WILLIAM MILLER

Dear WILLIAM MILLER,

Welcome! We have a great offer for our new customers.

Midland Funding LLC recently purchased your CAPITAL ONE account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation. As the new servicer of this account, we would like to find a positive resolution to your account.

Midland Credit Management, Inc. (MCM) is currently able to offer you a substantial discount of *40% off* your Current Balance *if we receive payment by 06-03-2007.*

What's In It For You? Once MCM receives your payment of $775.76, we will:
- Notify the credit bureaus that the debt is "Paid". *
- Immediately stop all recovery activity on this account.

To accept this offer, simply detach the Acceptance Certificate below and enclose it with your $775.76 payment in the envelope provided. *Please mail your payment no later than 05-27-2007* in order to receive credit for the 40% off discount by the expiration date 06-03-2007.

If you prefer to speak with one of our Account Managers, please contact us at (800) 935-4566.

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Midland Credit Management, Inc.
(800) 935-4566

*Please tear off lower portion with payment in envelope provided*

## *Acceptance Certificate*

WILLIAM MILLER

| | |
|---|---|
| MCM Account Number: | |
| Current Balance: | $1,292.93 |
| Amount Due: | $775.76 |
| Make Check Payable to: | Midland Credit Management, Inc. |
| Payment Due Date: | 06-03-2007 |

**mcm**
Midland Credit Management, Inc.
Department 8870
Los Angeles, CA 90084-8870



33728

LT1A

**Important Disclosure Information**

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

The records associated with the account purchased from CAPITAL ONE reflect that you are obligated on this account, which is in default with a Current Balance of $1,292.93. As the owner of this account, but subject to the rights described below, Midland Funding LLC is entitled to payment of this account. All communication regarding this account should be addressed to MCM and not the previous owner.

Unless you notify MCM within thirty (30) days after receiving this notice that you dispute the validity of the debt, or any portion thereof, MCM will assume this debt to be valid.

If you notify MCM, in writing, within thirty (30) days after receiving this notice that the debt, or any portion thereof, is disputed, MCM will obtain verification of the debt or a copy of a judgment (if there is a judgment) and MCM will mail you a copy of such verification or judgment.

If you request, in writing, within thirty (30) days after receiving this notice, MCM will provide you with the name and address of the original creditor.

If an attorney represents you with regard to this debt, please refer this letter to your attorney. Likewise, if you are involved in an active bankruptcy case, or if this debt has been discharged in a bankruptcy case, please refer this letter to your bankruptcy attorney so that we may be notified.

Please remember, even if you make a payment within 30 days after receiving this notice, you still have the remainder of the 30 days to exercise the rights described above.

\* No credit reporting will occur if the federal reporting period has expired, or we have not previously reported on this account.

------------------------------

Please send any correspondence relating to any credit reporting\* of this account to:
MCM CREDIT REPORTING DEPARTMENT, 8875 Aero Drive, Suite 200, San Diego, CA 92123.
PLEASE RETAIN THIS ADDRESS FOR ANY ISSUES RELATING SOLELY TO THE CREDIT REPORTING OF YOUR ACCOUNT.

# PRIVACY NOTICE

Midland Credit Management, Inc. ("MCM," also referenced below as *we*, *our*, and *us*) is delivering this Privacy Notice to you to generally describe the nonpublic personal and financial information we gather about you as the servicer of your account, and our privacy practices relating to such information and how those policies relate to the protection, use and disclosure of your *nonpublic personal information*. Please carefully read this Privacy Notice and Opt Out Notice.

| What Information Do We Collect? | To Whom Do We Disclose Information? |
|---|---|
| We collect nonpublic personal information about you from the following sources:<br>• Information we receive from you on applications or other forms. This information may include:<br>  o Your name<br>  o Address<br>  o Social security number<br>  o Telephone number<br>  o Other relevant information that you provide<br>• Information we receive about your account transactions with us, our affiliates, or others including the original creditor. This information may include:<br>  o Account balance<br>  o Payment history<br>  o Account activity<br>  o Other customer information<br>• Information we receive from consumer reporting agencies (such as credit scores and history) and other information relating to your creditworthiness | We may disclose nonpublic personal information about our current and former customers to the following types of third parties:<br>• Non-financial companies, such as direct marketers or retailers of consumer products and services<br>• Financial service providers, such as companies engaged in banking, consumer finance, debt purchasing and credit card issuance<br>• Others, such as our affiliated debt purchasers and our parent company<br>• The customer's spouse, if such disclosure is otherwise permitted by law<br><br>We may also disclose nonpublic personal information about our current and former customers to nonaffiliated third parties as required or permitted by law.<br><br>We may disclose all of the information that we collect about our current and former customers, as described to the left under 'What Information Do We Collect?', to companies that perform marketing services on our behalf or to other financial institutions with whom we have joint marketing agreements. |
| **What Information Do We Disclose?**<br>As permitted by law, we may disclose all information that we collect about you, as described above under 'What Information Do We Collect?' | |

**Information Security:** We restrict access to your nonpublic personal information by limiting the access to such information to those employees and contractors who need to know that information to service your account or provide services to you, by requiring companies working for us to protect your information and to agree to use it only to provide the services we ask these companies to perform, and by establishing password requirements and other procedural controls protecting your information from illegal use and disclosure. We maintain physical, electronic and procedural safeguards that comply with applicable laws and regulations to guard your nonpublic personal information.

| Vermont Residents: The following only applies if you are a resident of Vermont. | California Residents: The following only applies if you are a resident of California. |
|---|---|
| You do not need to return the Opt Out Response Form because:<br>• We will not disclose your nonpublic personal information to nonaffiliated third parties (other than as permitted by law).<br>• Unless otherwise permitted by law, we will not disclose the information that you provide to us or that we obtain from third parties (such as credit bureaus) to our affiliates.<br>• If we disclose information about you to nonaffiliated third parties with whom we have joint marketing agreements, we will disclose only your name, contact information and information about our transactions or experiences with you. | • You do not need to return the Opt Out Response Form because we will not disclose your nonpublic personal information to nonaffiliated third parties except as permitted by California law.<br>• We will not disclose your nonpublic personal information to nonaffiliated companies for purposes of jointly marketing financial products or services if you request us not to make this type of disclosure. See the form on the back of this Privacy Notice (entitled "*Important Privacy Choices for Consumers*") to request that we not make these types of disclosures. |

## OPT OUT NOTICE

If you prefer that we *not* disclose nonpublic personal information about you to nonaffiliated third parties, you may **opt out** of those disclosures, that is, *you may direct us not to make those disclosures (other than disclosures permitted by law)*. If you wish to opt out of disclosures to nonaffiliated third parties (other than disclosures permitted by law), please detach and complete the Opt Out Response Form below and mail it to: **Privacy Notice, 8875 Aero Drive, Suite 200, San Diego, CA 92123.**

**Please Note the Following Additional Information About Your Rights:**
- If you have multiple accounts with us, you must indicate your preference to opt out on each account. You will receive a separate Privacy Notice and Opt Out Notice for each account you have with us or our affiliates. You may exercise your right to opt out at any time.
- If you have a joint account, your election to opt out will apply to each person on the account.
- We may share information with third parties in accordance with the terms of this Privacy Notice, except where applicable law requires us to be more restrictive in our sharing.

✂------------------------To Opt Out, Detach and Mail to: Privacy Notice, 8875 Aero Drive, Suite 200, San Diego, CA 92123------------------------

### Opt Out Response Form

☐ **(check box)** Please do not disclose my nonpublic personal information with nonaffiliated third parties unless it is permitted by law.

(Please print)
Name:_____ Address:_____ E-mail Address_____

City:_____ State: _____Zip:_____ Phone Number: (_____)_____-_____

MCM Account Number (Required to Process):_____

MCM-109 (Rev 4/06)

Important Privacy Choice for Consumers
(For use by California Residents Only)

**You have the right to control whether Midland Credit Management, Inc. and its subsidiaries ("MCM," also referenced below as we, our, and us) share some of your personal information. Please read the following information carefully before you make your choice below.**

### Your Rights

You have the following rights to restrict the sharing of personal and financial information with outside companies that we do business with. Nothing in this form prohibits the sharing of information necessary for us to follow the law, as permitted by law, or to give you the best service on your accounts with us. This includes sending you information about some other products or services to the extent permitted by applicable law.

### Your Choice

**Restrict Information Sharing With Other Companies We Do Business With To Provide Financial Products and Services:** Unless you say "No," we may share personal and financial information about you with outside companies we contract with to provide financial products and services to you to the extent permitted by applicable law.

( ) NO, please do not share personal and financial information with outside companies you contract with to provide financial products and services.

---

### Time Sensitive Reply

You may make your privacy choice at any time. Your choice marked here will remain unless you state otherwise. However, if we do not hear from you we may share some of your information with other companies with whom we have contracts to provide products and services.

Name: _____

MCM Account Number(s): _____

Signature: _____

> To exercise your choice, please do one of the following: (1) fill out, sign and return the completed form to us via toll-free facsimile at 1-800-306-4443, or (2) call us toll-free at 1-800-825-8131, extension 2980 (you may want to make a copy for your records).