**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**TG**
**FEBRUARY 5, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MARCIA K. MILLER and WILLIAM MILLER, et al., on behalf of themselves and a class, Plaintiffs, v. MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING LLC; and ENCORE CAPITAL GROUP, INC., formerly MCM CAPITAL GROUP, INC., Defendants. | **08 C 780** **JUDGE COAR** **MAGISTRATE JUDGE ASHMAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs MARCIA K. MILLER, WILLIAM MILLER, CHARLANE YOWAYSH DAWSON, and WILLIAM ANDERSON

| NAME (Type or print) |
|---|
| Cassandra P. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Cassandra P. Miller |
| FIRM |
| Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS |
| 120 S. LaSalle Street, Suite 1800 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6290238 | 312-739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐