**Courthouse Courier**  Caption  MULLER, YOWAYS-DAWSON AND
Private Process Service                                    ANDERSON
A division of Bill Clutter Investigations, Inc.   Case #: 08-C-780   V. MIDLAND
IL Private Detective Agency Lic. #117-001206                        CREDIT MNGMNT,
                                                                    INC.

## AFFIDAVIT OF SERVICE

I, **Susan L. Oney**, being first duly sworn on oath, states that I am over 18 years of age and not a party to this suit, and am a registered employee of **Bill Clutter Investigations, Inc.**, a private detective agency [Lic. #117-001206] under the Private Detective and Security Act of 1993.

That I made service of process by delivering:   DATE AND TIME OF SERVICE:

[X] Summons and Complaint               2/11 20 08 1:58 am/**pm**
___ Subpoena
___ Notice of Hearing                    LOCATION/ADDRESS DELIVERED:
___ Rule to Show Cause                   101 Adlai Stevenson Dr.
___ Citation to Discover Assets          Spfld., IL 62703
___ Forcible Entry and Detainer
___ Other: _____

That I personally handed the above-          PHYSICAL DESCRIPTION:
described documents to:                      Ht. 5'6"   Wt. 140#
                                             Race W    Age 30's
HOLLY BLANKENSHIP                            Male ___  Female [X]

That I made the following type of service:
___   Personal service on the defendant/witness/ or named party.

___   Alternate service by handing copies of the above-described documents to
      the defendant's usual place of abode with a person of the family, or a person
      residing there, of the age of 13 years or older, and informing that Person of the
      contents thereof, and by mailing a copy of the summons in a sealed envelope
      with postage fully pre-paid, addressed to the defendant at his or her usual place
      of abode.

[X]   Service of a corporate defendant by leaving the above-described documents with
      the registered agent, officer or agent defendant corporation.

___   Person not found

Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct:

*Susan L. Oney*
Agent: Susan L. Oney  (129-303382)

|  | Date/Time | Mileage | Agent's Time |  |
|---|---|---|---|---|
| First service attempt: | 2/11-1:58pm |  |  | Total |
| 2nd attempt: |  |  |  | Miles: |
| 3rd attempt: |  |  |  | Time: |
| 4th attempt: |  |  |  | Fee: |