UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of:

*Marcia K. Miller, et al.  v. Midland Credit Management, Inc., et al.*

Case Number: 08 CV 780

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Midland Credit Management, Inc.; Midland Funding LLC; and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc.**

| | |
|---|---|
| SIGNATURE  /s/ Jason M. Kuzniar | |
| FIRM  Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDESS  120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | |
| ID NUMBER  06270123 | TELEPHONE NUMBER  312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

468939.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 3rd day of March 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Cathleen M. Combs, Esq.
(ccombs@edcombs.com)

Cassandra P. Miller, Esq.
(cmiller@edcombs.com)

Daniel A. Edelman, Esq.
(courtecl@edcombs.com)

James O. Latturner, Esq.
(jlatturner@edcombs.com)

                                  */s/ Jason M. Kuzniar*
                                        Jason M. Kuzniar

468939.1