IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA K. MILLER, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No.: 08 CV 780<br>Judge Coar<br>Magistrate Judge Ashman |

**AGREED MOTION OF DEFENDANTS**
**FOR EXTENSION OF TIME**

Defendant Midland Credit Management, Inc. ("Midland Credit"), Midland Funding LLC ("Midland Funding"), and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc. (Encore Capital") (collectively "Defendants"), by their undersigned attorneys, move for an extension of time to and including April 4, 2008, to file their responsive pleading to Plaintiffs' Complaint, and in support states as follows:

    1.    Midland Credit was served with Summons and the Complaint on or about February 11, 2008 and its answer to the Complaint currently is due March 3, 2008. [Doc. #13.] Midland Funding and Encore Capital were served with Summons and the Complaint on or about February 14, 2008 and their answer to the Complaint currently is due March 5, 2008. [Doc. #14; 15.]

    2.    Counsel for Defendants was recently retained, and currently is investigating the allegations contained in the Complaint and gathering documents relevant to the Complaint, but requires additional time to file Defendants' responsive pleading to Plaintiffs' Complaint.

468942.1

3. On March 3, 2008, counsel for Defendants spoke with one of the attorneys for Plaintiffs, Cassandra P. Miller, and Ms. Miller has no objection to this motion or to the relief requested herein.

4. This is Defendants' first request for an extension of time and no party will be prejudiced by the requested extension.

WHEREFORE, Defendants respectfully request that this Honorable Court grant this Agreed Motion, give Defendants to and including April 4, 2008 to file their responsive pleading to Plaintiffs' Complaint, and award to Defendants such other and further relief as this Court deems just and appropriate.

> Respectfully submitted,
>
> **Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**
>
> By: */s/ Jason M. Kuzniar*_____
> One of their attorneys

Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

2

468942.1

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on the 3rd day of March 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

| | |
|---|---|
| Cathleen M. Combs, Esq. (ccombs@edcombs.com) | Cassandra P. Miller, Esq. (cmiller@edcombs.com) |
| Daniel A. Edelman, Esq. (courtecl@edcombs.com) | James O. Latturner, Esq. (jlatturner@edcombs.com) |

                                               */s/ Jason M. Kuzniar*
                                                 Jason M. Kuzniar

468942.1