IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA K. MILLER, et al. | |
| Plaintiffs, | |
| v. | Case No.: 08 CV 780 |
| MIDLAND CREDIT MANAGEMENT, INC., et al., | Judge Coar<br>Magistrate Judge Ashman |
| Defendants. | |

To: *See* Certificate of Service

    **PLEASE TAKE NOTICE** that on the 6th day of March, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable David H. Coar in Room 1419 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Agreed Motion for Extension of Time**, a copy of which is attached and hereby served upon you.

                                  **Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**

                                  By: */s/ Jason M. Kuzniar*
                                           One of their attorneys

Daniel J. McMahon, Esq.
Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

468953.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 3rd day of March 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Cathleen M. Combs, Esq.
(ccombs@edcombs.com)

Cassandra P. Miller, Esq.
(cmiller@edcombs.com)

Daniel A. Edelman, Esq.
(courtecl@edcombs.com)

James O. Latturner, Esq.
(jlatturner@edcombs.com)

                                            */s/ Jason M. Kuzniar*
                                              Jason M. Kuzniar

468953.1