IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA K. MILLER, ) | |
| WILLIAM MILLER, ) | |
| CHARLANE YOWAYS-DAWSON, and ) | |
| WILLIAM ANDERSON ) | |
| on behalf of themselves and a class, ) | |
| ) | |
| Plaintiffs, ) | 08 C 780 |
| ) | Judge Coar |
| v. ) | Magistrate Judge Ashman |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC.; MIDLAND FUNDING LLC; ) | |
| and ENCORE CAPITAL GROUP, INC., ) | |
| formerly MCM CAPITAL GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED SCHEDULING ORDER**

**1.** **Discovery**

The following time limits and deadlines shall be applicable.

    A.    All disclosures required by Rule 26(a)(1) shall be made on or before May 8, 2008.

    B.    Any amendments to pleadings or actions to join other parties shall be filed on or before July 8, 2008.

    C.    The cutoff of fact discovery is November 7, 2008.

    D.    Plaintiffs shall disclose expert testimony, if any, pursuant to Rule 26(a)(2) on or before November 21, 2008.

    E.    Defendants shall disclose expert testimony, if any, pursuant to Rule 26(a)(2) on or before December 22, 2008.

    F.    The Parties may depose the other side's expert at any time prior to January 5, 2009.

    G.    The Parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to February 5, 2009.

    H.    The Parties shall have until February 19, 2009 to depose the opposing party's rebuttal expert.

**2.    Motions**

Defendants' Response in Opposition to Plaintiffs' Motion for Class Certification to be filed on or before September 9, 2008; Plaintiffs' Reply in Support of Class Certification to be filed on or before September 30, 2008.

Any dispositive motions to be filed on or before March 19, 2009.

**3.    Final Pretrial Order and Conference**

The final pre-trial order shall be filed on or before June 19, 2009.

The final pre-trial conference shall be held on _____, 2009, at _____.m.

**4.    Trial**

Trial is set in this matter on _____, at 10:00 a.m.

**5.    Status Hearings**

A further status hearing will be held on _____, at _____.m.


Dated: April _____, 2008.

                                                        _____
                                                            Hon. David H. Coar