**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Marcia K Miller, et al.

                              Plaintiff,

v.                                                           Case No.: 1:08−cv−00780
                                                                       Honorable David H. Coar

Midland Credit Management, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable David H. Coar: Pursuant to the request of the parties, the date of 4/8/2008 is stricken. The MOTION by Plaintiffs Charlane Yoways−Dawson, William Anderson, Marcia K Miller, William Miller to certify class [9] is reset to 4/14/2008 at 9:00 a.m. Scheduling Conference reset for 4/14/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.