UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Marcia K Miller, et al.
                          Plaintiff,

v.                                               Case No.: 1:08–cv–00780
                                                      Honorable David H. Coar

Midland Credit Management, Inc., et al.
                          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: all discovery disputes and all discovery motions including the Motion [#30].(pm, )Mailed notice.

Dated: June 17, 2008

                                                                                   /s/ David H. Coar

                                                                   United States District Judge