IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA K. MILLER, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No.: 08 CV 780<br>Judge Coar<br>Magistrate Judge Ashman |

To: *See* Certificate of Service

    **PLEASE TAKE NOTICE** that on the 22nd day of July, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Martin C. Ashman in Room 1386 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendants' Agreed Motion for Extension of Time to Respond to Requests for Admissions**, a copy of which is attached and hereby served upon you.

                                           **Midland Credit Management, Inc., Midland Funding LLC, and Encore Capital Group, Inc. f/k/a MCM Capital Group, Inc., Defendants**

                                           By: */s/ Jason M. Kuzniar*
                                                       One of their attorneys

Jason M. Kuzniar, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

504247.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 16th day of July 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and that a true and correct copy was served on the following by CM/ECF Electronic Notification:

Cathleen M. Combs, Esq.
(ccombs@edcombs.com)

Cassandra P. Miller, Esq.
(cmiller@edcombs.com)

Daniel A. Edelman, Esq.
(courtecl@edcombs.com)

James O. Latturner, Esq.
(jlatturner@edcombs.com)

        _/s/ Jason M. Kuzniar_____
        Jason M. Kuzniar

504247.1