IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCIA K. MILLER, ) | | |
| WILLIAM MILLER, ) | | |
| CHARLANE YOWAYS-DAWSON, and ) | | |
| WILLIAM ANDERSON ) | | |
| on behalf of themselves and a class, ) | | |
| ) | | |
| Plaintiffs, ) | | 08 C 780 |
| ) | | Judge Coar |
| v. ) | | Magistrate Judge Ashman |
| ) | | |
| MIDLAND CREDIT MANAGEMENT, ) | | |
| INC.; MIDLAND FUNDING LLC; ) | | |
| and ENCORE CAPITAL GROUP, INC., ) | | |
| formerly MCM CAPITAL GROUP, INC., ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFFS' MOTION TO EXTEND THE
DEADLINE TO MOVE FOR CLASS CERTIFICATION**

Plaintiffs, by their attorneys, move this Court for a 21-day extension to file their motion for class certification to allow Defendants to complete their discovery with respect to the issue of numerosity. In support of this motion, Plaintiffs state as follows:

1. On February 5, 2008, Plaintiffs filed a complaint alleging that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq.("FDCPA").

2. On February 13, 2008, Plaintiffs moved for class certification. On April 14, 2008, by agreement between the parties, Plaintiffs withdrew, without prejudice, their motion for class certification to allow for additional time to complete class discovery.

3. Pursuant to the scheduling order entered on April 14, 2008, Plaintiffs' motion for class certification is due on August 22, 2008. (Dkt. No. 29).

4. On May 16, 2008, Plaintiffs served upon Defendants Plaintiff's First Set of Discovery Requests inclusive of request for admission, interrogatories, and document requests.

5. Plaintiffs have specifically requested information regarding the size of the putative class.

6. On August 8, 2008 and August 12, 2008 counsel for the parties conferred regarding Plaintiff's First Discovery Requests. Counsel for Defendants has indicated that Defendants are diligently searching their files to determine the exact number of putative class members. However, as of the date of this filing, Defendants cannot, with reasonable certainty, provide Plaintiffs with the requested information and require additional time to complete the search of their records.

7. Information regarding the size of the putative class is necessary to adequately address the issue of numerosity in Plaintiffs' motion for class certification.

8. In light of the foregoing, and in order to ensure that the issues of class certification are fully addressed, Plaintiffs request a short extension of time up to and including September 12, 2008 to file their motion for class certification. The additional time will allow Defendants to complete their search and provide an accurate number with respect to the size of the putative class.

9. It is not anticipated that the proposed modification to the deadline to move for class certification will alter any other dates set by the Court in this matter.

10. This request is not meant for the purposes of unnecessary delay and neither party will be prejudiced from this extension.

WHEREFORE, Plaintiffs respectfully requests that this Court grant the Motion to Extend the Deadline to Move for Class Certification up to and including September 12, 2008.

                                              Respectfully submitted,
                                              s/ Cassandra P. Miller
                                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on August 18, 2008, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following:

Jason Michael Kuzniar (Jason.Kuzniar@wilsonelser.com)
Wilson, Elser, Moskowitz, Edelman & Dicker
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
Fax: (312) 704-1522

                                          s/ Cassandra P. Miller
                                          Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)