**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Marcia K Miller, et al.

                                                                                                     Plaintiff,

v.                                                                                                                          Case No.: 1:08–cv–00780
Honorable David H. Coar

Midland Credit Management, Inc., et al.

                                                                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion for extension of time [38] is granted. Motion hearing held on 8/21/2008 regarding extension of time[38]. The date within which to move for Class Certification is extended up to and including September 12, 2008. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.