## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MARCIA K. MILLER, | ) | |
| WILLIAM MILLER, | ) | |
| CHARLANE YOWAYS-DAWSON, and | ) | |
| WILLIAM ANDERSON | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 780 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

**TO:**   (See attached service list.)

**PLEASE TAKE NOTICE** that on Wednesday September 17, 2008 at 9:00 a.m., we will appear before the Honorable Judge David H. Coar in Room 1419 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION.**

                                              s/ Cassandra P. Miller
                                              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

# CERTIFICATE OF SERVICE

     I, Cassandra P. Miller, hereby certify that on September 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused the foregoing to be served on the following parties via Certified Mail:

Jason Michael Kuzniar (Jason.Kuzniar@wilsonelser.com)
Wilson, Elser, Moskowitz, Edelman & Dicker
120 North LaSalle Street
Suite 2600
Chicago, IL 60602
(312) 704-0550
Fax: (312) 704-1522

                                        s/ Cassandra P. Miller
                                        Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)