**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCIA K. MILLER, | ) | |
| WILLIAM MILLER, | ) | |
| CHARLANE YOWAYS-DAWSON, and | ) | |
| WILLIAM ANDERSON | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 780 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF ADDITIONAL AUTHORITY**

Plaintiffs Marcia K. Miller, William Miller, Charlane Yoways-Dawson, and William Anderson, (collectively "Plaintiffs"), through their attorneys, Edelman, Combs, Latturner & Goodwin, LLC, respectfully submit, as additional authority, Ruth v. Triumph Partnerships, et al., No. 08-3458 (7th Cir., August 17, 2009) which is attached hereto as Exhibit A.

Dated: August 17, 2009.

                                        Respectfully Submitted,

                                          s/ Cassandra P. Miller

Daniel A. Edelman  
Cathleen M. Combs  
James O. Latturner  
Cassandra P. Miller  
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC  
120 South LaSalle Street, Suite 1800  
Chicago, Illinois 60603  
(312) 739-4200  
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Cassandra P. Miller, hereby certify that on August 17, 2009, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will notify the following:

David L. Hartsell
Tammy L. Adkins
Amy R. Jonker
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1818
(312) 849-8100
Fax: (312) 920-6766

                                        s/ Cassandra P. Miller
                                        Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)