**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCIA K. MILLER, | ) | |
| WILLIAM MILLER, | ) | |
| CHARLANE YOWAYS-DAWSON, and | ) | |
| WILLIAM ANDERSON | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 780 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO BE EXCUSED
FROM ATTENDANCE AT SETTLEMENT CONFERENCE**

Plaintiffs Marcia K. Miller, William Miller and William Anderson respectfully ask the Court for leave to be excused from attending the settlement conference scheduled for April 19, 2010.

In support of this motion, Plaintiffs state as follows:

1. On February 23, 2010, this Court entered an order, setting April 19, 2010, at 2:00 p.m. for a settlement conference.

2. The Court's standing order requires individual plaintiffs to be present at settlement conferences.

3. Plaintiffs Marcia K. Miller, William Miller, and William Anderson seek to be excused from attendance at the settlement conference. All three of these Plaintiffs are elderly

and are not in good health. In addition, all three Plaintiffs have given their counsel full authority to settle on their behalf, therefore Defendant will not be prejudiced by this motion. All three Plaintiffs requesting leave will also be available by telephone at the time of the conference.

    4.    Plaintiff Charlane Yoways-Dawson will attend the settlement conference.

    5.    Plaintiffs have conferred with David M. Hartsell, counsel for Defendants, who represented that Defendants do not oppose this motion.

WHEREFORE, for the foregoing reasons, Plaintiffs Marcia K. Miller, William Miller, and William Anderson respectfully ask the Court for leave to be excused from attending the settlement conference scheduled for April 19, 2010.

        Respectfully submitted,

        s/Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that on March 2, 2010, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will notify the following:

David L. Hartsell (dhartsell@mcguirewoods.com)
Tammy L. Adkins (tadkins@mcguirewoods.com)
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL  60601-1818

                                                                        s/ Daniel A. Edelman