**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCIA K. MILLER, | ) | |
| WILLIAM MILLER, | ) | |
| CHARLANE YOWAYS-DAWSON, and | ) | |
| WILLIAM ANDERSON | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 780 |
| | ) | Judge Coar |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** (See attached service list.)

**PLEASE TAKE NOTICE** that on Tuesday April 13, 2010 at 10:30 a.m., we will appear before the Honorable Martin C. Ashman in Room 1801 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFFS' UNOPPOSED MOTION TO BE EXCUSED FROM ATTENDANCE AT SETTLEMENT CONFERENCE.**

                s/ Daniel A. Edelman
                Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, hereby certify that on March 2, 2010, I caused to be filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following:

David L. Hartsell (dhartsell@mcguirewoods.com)
Tammy L. Adkins (tadkins@mcguirewoods.com)
MCGUIRE WOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

                                                                     s/ Daniel A. Edelman
                                                                     Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)