**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARCIA K. MILLER, | ) | |
| WILLIAM MILLER, | ) | |
| CHARLANE YOWAYS-DAWSON, and | ) | |
| WILLIAM ANDERSON | ) | |
| on behalf of themselves and a class, | ) | |
| | ) | |
| Plaintiffs, | ) | 08 C 780 |
| v. | ) | Magistrate Judge Ashman |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC.; MIDLAND FUNDING LLC; | ) | |
| and ENCORE CAPITAL GROUP, INC., | ) | |
| formerly MCM CAPITAL GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR
APPROVAL OF REVISED CLASS NOTICE**

Plaintiffs Marcia K. Miller, William Miller, Charlane Yoways-Dawson, and William Anderson (collectively "Plaintiffs") respectfully request that this Court enter the order attached hereto as Exhibit A, granting preliminary approval of the proposed Class Action Settlement Agreement ("Agreement") and approving the form of revised Class Notice attached hereto as Exhibit B.

In support of this motion, Plaintiffs state as follows:

1.    Plaintiffs filed the above captioned action on behalf of themselves and a class of similarly situated individuals in the United States District Court for the Northern District of Illinois, Eastern Division (the "*Miller* Action"), against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"). Plaintiffs alleged that a privacy notice sent by Defendants improperly threatened to provide information to third parties in violation of 15

1

U.S.C. §1692c. Plaintiffs sought to recover statutory damages, as provided for by 15 U.S.C. §1692k, for themselves and a class of individuals.

2. Subsequent to the filing of the *Miller* Action, three other class action lawsuits were filed, all of which similarly concern the same privacy notice at issue in the *Miller* Action. *Martin v. Midland Credit Management, Inc.*, Civil Action No. 09-CV-5343, (N.D. Ill.); *Tomlin v. Midland Credit Management, Inc.*, Case No. 2:09 CV 13645 (E.D. Mich.); *Franklin v. Midland Credit Management, Inc.*, Case No. 3:09-cv-01363, (Dist. Conn.).

3. On August 18, 2010, this Court held a Preliminary Approval of Class Action Settlement Hearing. The Court expressed concern regarding the description of the maximum allowable damages under the FDCPA. Specifically, the previous notice stated that in "a class action, the maximum possible recovery is (i) any actual damages suffered by the class members and (ii) the lesser of 1% of the Defendants' net worth or $500,000. In this case, the Defendants have stipulated that the $500,000 maximum applies." The notice went on to state that the parties reached a settlement under which Defendants would provide a settlement fund of $800,000, without clarifying that the amount exceeded the $500,000 maximum because the settlement included four related cases.

4. The parties have revised the notice to clarify, in Paragraph 3, that after the filing of the *Miller* action, three other similar cases were filed in Connecticut, Michigan, and Illinois. The revised notice further clarifies in Paragraph 14, that "Because this settlement includes four cases, the Settlement Fund exceeds the $500,000 maximum."

WHEREFORE, Plaintiffs respectfully request that the Court enter an order in the form of Exhibit A granting preliminary approval of the class action settlement and which directs the mailing of the notice, in the form attached hereto as Exhibit B.


Respectfully submitted,


s/Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## CERTIFICATE OF SERVICE

   I, Cassandra P. Miller, hereby certify that on August 23, 2010, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

David L. Hartsell
Tammy L. Adkins
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL  60601-1818
(312) 849-8100
Fax: (312) 920-6766
Lansing, MI 48933
FAX (517) 374-9191

       s/Cassandra P. Miller