Aaron E. Carter
14826 S. Dorchester
Dolton IL, 60419
(708)841-6775
PLAINTIFF in Pro Per



FILED

OCT 22 2010
Oct 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE <u>UNITED STATES DISTRICT</u> COURT OF <u>NORTHERN DISTRICT</u>

STATE OF <u>ILLINOIS</u>

| | |
|---|---|
| Aaron E. Carter ) | CASE NO. 08 C 780 |
| Plaintiff, ) | |
| ) | STIPULATION TO OBJECT |
| ) | SETTLEMENT |
| ) | MOTION TO DETERMINE |
| ) | GOOD FAITH OF SETTLEMENT |
| v. ) | |
| ) | |
| Miller v. ) | |
| Midland Credit Management, ) | |
| Inc. et al., No. 08 C780 ) | Date: Feb 23, 2011 |
| ) | Time: 11:00 a.m. |
| ) | Place: Dirksen Federal Building |
| Defendant ) | 219 S. Dearborn St., |
| ) | Chicago, IL 60604 |
| ) | Magistrate Judge Martin C. Ashman, |
| ) | Room 1801 |

Plaintiff objects to the class action settlement. As a class member of the suite, I feel this partial settlement was not made in good faith. I think the court should not approve the settlement; the amount paid was not a fair share of the settling Defendant's actual legal responsibility for the damages, in regards to Aaron E. Carter.


<u>Aaron E. Carter</u>, Plaintiff in Pro Per          Date: <u>10-20-10</u>