F I L E D

Aaron E. Carter
14826 S. Dorchester
Dolton IL, 60419
(708)841-6775
Plaintiff in Pro Per

OCT 2 2 2010
Oct 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT OF NORTHERN DISTRICT COUNTY

STATE OF ILLINOIS

| | |
|---|---|
| Aaron E. Carter ) | CASE NO 08 C780 |
| Plaintiff, ) | |
| ) | LETTER OF OJECTION |
| v. ) | MOTION TO DETERMINE GOOD |
| ) | FAITH OF SETTLEMENT |
| Miller v. Midland Credit Management, Inc ) | |
| No. 08 C780 ) | |
| Defendant. ) | |

This is my letter of objection, for the (Miller v. Midland Credit Management, Inc No. 08 C780) settlement. A motion to object the settlement and determine good faith of settlement is requested, as a member of the class action suite, the settlement pays me in the amount of 16.34. The privacy notice states, a settlement fund will be created which designates 800,000 to provide recovery to the class members or a certain percentage. I the plaintiff, Aaron E. Carter was subpoena to pay fees over 1,700.00, threats with harassment of garnishment of wages, on 12/07; by Blatt, Hasenmiller, Leibsker & Moore LLC to make a payment for my Emerge Master Card, account no 5181890006398816 in the amount of 1,833.48 + court cost. I only made purchases, for the amount of 429.16 with this Emerge Master Card, and never used it again. While in dispute, regarding the new balance of 1,833.48 and the creditor's legal Malpractice. I also understand the business of late fees and penalties, but I personally felt mistreated with my purchases and the service by all parities. Arrangements were made with C.S.R. for two payments of 860.00, in total amount of 1,720.00 paid to Blatt, Hasenmiller, Leibsker & Moore LLC; to prevent further financial prosecution.
Argument stating the balance does not support or show reflection of monthly billing payments from me Aaron E. Carter, the account holder, on the billing statement or balance. Also purchases were only made for the amount of 429.16. with my Emerge Master Card. Calls and complaints was issued to the Cardholder Services Dispute Resolution Dept; demands of billing history and payment records were in question, for example billing statement for month of Oct 21, 2006 showing a new balance of 1,660.17, and services was not render for the 1,290.84 added amount by Emerge; with fact of purchases of 429.16, and monthly billing payments. I feel like my consumer rights have been violated and there has been a act of violation of the fair debt Collection practice; In conclusion; objection to the settlement, I' am asking for a fair compensation for the class member partial settlement fund and for damages in his/her individual situation or case.

Aaron E. Carter                                                                 Date: 10-20-10