MHK

LAW OFFICES OF
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

120 SOUTH LASALLE STREET
SUITE 1800
CHICAGO, ILLINOIS 60603
312-739-4200
FAX 312-419-0379
WEBSITE: www.edcombs.com
EMAIL: info@edcombs.com

October 28, 2010

**FILED**
11-1-2010
NOV 0 1 2010  NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**VIA U.S. MAIL**
Clerk of the Court
United States District Court for the
  Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**Re: Miller v. Midland Credit Management, No. 08-C-780**

Dear Clerk of the Court,

Enclosed please find an exclusion letter by Ms. Karen Steiner. She wishes to exclude herself from the class settlement. If you have any questions, please do not hesitate to contact me at (312) 917-4520.

Sincerely,

Magdalena Serafin
Paralegal to Cassandra P. Miller

1

Cassandra P. Miller (Case No. 18461)
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

September 28, 2010

Re: *Marcia Miller et al. v. Midland Funding et al.*, Case No. 08 C 780

Dear Ms. Miller,

My name is Karen Steiner and I would like to exclude myself from the class action settlement in *Marcia Miller et al. v. Midland Funding et al.*, Case No. 08 C 780. Below is my contact information.

Sincerely,

Karen Steiner
335 Landau Lane
Wheeling, IL 60090
847-204-8911