RE: Miller vs. Midland Credit Management, Inc. et al., No. 08 C 780)

I am writing to object to the settlement in this case. I do not understand this case fully, but I feel I have been mistreated by Midland Credit Management, and would not be surprised to find them criminally liable.

In my particular case I had an account with MCI. I paid off and closed my account and moved to another phone company. A month later MCI sent me another bill. After a frustrating time with customer service I was finally given a number to prove everything was cancelled and fine. The next month, I received another bill stating that if I did not pay my 2 months delinquent account they would turn off my service. Since I was not using them and did not want to deal with their customer service again, I just ignored them.

A few months later a collections agency contacted me. I told them my story and said that if they have a detailed invoice including calls I made I would happily pay the bill. Two months later a different collection agency tries to collect and I tell them the same thing. A few months later Midland Credit Management contacts me. I tell them the same thing. They keep calling and mailing. They call me at work. Eventually I cancel my landline phone. Eventually I lose my job. They keep mailing and now are calling me at other peoples' homes. This has been going on for over a year.

I have told them my story several times, which usually puts me on with a manager that doesn't care. I have told them I will never, ever, pay them a single penny. This "zombie debt" is very old, and as far as I am concerned a complete fabrication on MCI's part. I cannot afford a lawyer, but I promised myself that if I ever had the chance I would bring this issue to the appropriate authorities.

It is difficult to think of a fair monetary arrangement. What I really want is for their outsourced calling service that cannot handle someone not following their script to stop harassing me and any phone number I put on a job application. I would like to be able to charge them at least a dollar per minute or twenty dollars per call.

Thank you,

*Daniel K. Turek*

Daniel K. Turek
448 West Troy
Ferndale, MI 48220
Former Telephone Number: 248 585 0711
Contact: 248 528 3448

**FILED**
DEC 0 2 2010
12-2-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT