

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA K. MILLER,<br>WILLIAM MILLER,<br>CHARLANE YOWAYS-DAWSON, and<br>WILLIAM ANDERSON<br>on behalf of themselves and a class,<br><br>  Plaintiffs,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT,<br>INC.; MIDLAND FUNDING LLC;<br>and ENCORE CAPITAL GROUP, INC.,<br>formerly MCM CAPITAL GROUP, INC.,<br><br>  Defendants. | 08 C 780<br>Judge Coar<br>Magistrate Judge Ashman |

## FINAL APPROVAL ORDER

1. On February 23, 2011, this Court preliminarily approved the Class Settlement Agreement reached between Plaintiffs Marcia K. Miller ("M. Miller"), William Miller ("W. Miller"), Charlane Yoways-Dawson ("Dawson"), and William Anderson ("Anderson") (collectively "Plaintiffs"), on behalf of the Class of persons as defined in the Settlement Agreement ("Class") and Midland Credit Management, Inc., Midland Funding NCC-2 Corporation, Midland Credit Management, Inc., and Encore Capital Group, Inc.("Defendants"). The Court approved a form of notice for mailing to the Class. The Court is informed that actual notice was sent by first-class mail to approximately 487,316 class members (counting couples and other joint persons as a single class member). A total of 84,611 envelopes were returned by the United States Postal Service marked as undeliverable. Eighty class members requested exclusion and 2 objections were filed or received. Claim forms were submitted by 45,448 Class

1

members.

2. On February 23, 2011, the Court held a fairness hearing to which class members, including any with objections, were invited. The Court, being fully advised in the premises, hereby orders:

3. The Court finds that the Class covered by the Settlement Agreement is appropriate under FED. R. CIV. P. 23.

4. The Court finds that the provisions for notice to the Class satisfy the requirements of FED. R. CIV. P. 23 and due process.

5. The Court finds, over any objections filed or received, that the settlement is fair and reasonable, and hereby approves the **CLASS SETTLEMENT AGREEMENT** submitted by the parties, including the release and the payment by Defendants of $800,000 to create a Settlement Fund. The Settlement Fund will be divided *pro rata* between each member of the Class who submitted a claim form. Each class member shall be paid by check, void 90 days after issuance. If any portion of the Settlement Fund remains as a result of uncashed checks, these funds will be donated as *cy pres* awards in equal amounts to the Chicago Bar Foundation, the Connecticut Bar Foundation, Inc., and the Detroit Metropolitan Bar Association Foundation.

6. The Court approves payment of $5,000 to Plaintiff Dawson, $5,000 to Plaintiff Anderson, $2,500 to Plaintiff M. Miller and $2,500 to Plaintiff W. Miller to be paid in addition to the Settlement Fund.

7. The Court approves Class Counsel's request for approval of an award of attorney's fees and costs of $300,000, to be paid by Defendants in addition to the Settlement

Fund.

8. Plaintiffs and each Class Member who has not timely excluded himself/herself from the Settlement Class, their assigns, heirs, successors and personal representatives, or any other person, company or entity asserting an interest by or through them, do hereby release and forever discharge the Defendants, and their present or former parents, officers, directors, partners, members, principals, insurers, representatives, employees, agents, attorneys, servants, predecessors, successors, subsidiaries, affiliates, shareholders, and assigns, ("Released Parties"), as of the Effective Date of the Agreement, of and from all causes of action, suits, claims and demands, whatsoever, known or unknown, in law or in equity, arising out of the allegations asserted in the action styled *Miller v. Midland Credit Management, Inc. et al.*, No. 08 C 780 (N.D. Ill.), under any legal theory (including claims under 15 U.S.C. § 1692c, § 1692d and § 1692e and related state law claims).

9. The individuals listed in <u>Exhibit A</u> have opted out of the settlement, and are hereby excluded from the Agreement.

10. The Court finds the Agreement fair and made in good faith.

11. The Court dismisses the claims of Plaintiffs and the Class against Defendants and the Released Parties without prejudice and without costs (other than what has been provided for in the Agreement).

12. After distribution of all payments required under the Agreement, including any *cy pres* awards, Defendants shall file a Notice of Compliance, attesting full compliance with the Agreement.

13. Within ten (10) days of the filing of the Notice of Compliance, absent any

objection by the Parties, the Court will enter an Order converting the dismissal of the claims of Plaintiffs and the Class against Defendants and the Released Parties to a dismissal with prejudice.

DATE: March 1, 2011    ENTERED: _____
                        The Honorable Martin C. Ashman
                        United States Magistrate Judge

CHICAGO\2865016.1
ID\RLZ - 097356/0039

# EXHIBIT A TO FINAL APPROVAL ORDER
## Miller, et al. v. Midland Credit Management, Inc., et al., 08 C 780 (N.D. Ill.)

ALEXANDER ALLEN
MILLIE ANDREWS
CHRISTINE BEAULIEU
SHATOYA T BECKLEY
BELL DARRAS
CATHY BLOCK
JERRY ALLEN BRANTLEY
J ROBERT CASH
SANDRA DANIELS
YUSEF DANOV
DIONNA DASILVA
WARREN D DAVIS
MARIEL JEAN DE SOLIEL
KENNETH DESORMES
TROY DONAHUE
ERVIN WOODKE
MARIA FARFAN
RAFAEL A FERNANDEZ
CHAUNCEY GLOSTER
MARILYN GOLDSTEIN
JOSH HEATH GOLFIN
SUHAIL M GONZALEZ
ROBERT M GORDON
DENISE W GRAHAM
STEVEN GRIMM
SHARON M HALE
ROBERT HOFF
LAURA B HOFFNAGLE
TASSILO HOMOLATSCH
CHRISTINE T KAPLAN
THOMAS KASIMIR
AIDEN KING
DOLORES J KNOEBEL
MICHAL KUBINA
PAMELA R LAMBERT
RUSSELL LARIBEE
ERWIN E LEMIRE
ANITA L MARSHALL
PAMELA MCCORMACK
IVORY MERRIFIELD
SUSAN B MOHN
PETER S MOLLOY
KAREN POUPARD

CYNTHIA A PRESMARITA
BETH REGINI
OVERMAN REVELS
BETTY REYNOLDS
KYLIA A ROBINSON
KENNETH ROPER III
SHARILYN ROWE
ROBERT RUBIN
DEMONDE SANDERS
CHESTER SANTORO
DINA A SCHMAHL
GILLONYA SCOTT
PARIN SHAH
LINDSAY W SMITH
KAREN STEINER
CHARMAINE SULLIVAN
DANNY TAYLOR
CYNTHIA DENNIS
VILLARREAL GONZALEZ
CHRISTOPHER D WATHERN
LEE WANA WHITFIELD
TENNILLE YOUNG
JUAN M MENDOZA
SARINA REDMOND
DARLENE A BARNES
JOHN CHAVEZ
STEVEN FRANKEL
IBRAHIM GALLAMA
SHARON WHITE
MARIA TORRES
EDWARD MCQUAT
LERREL WALKER
FRANCES M FORD
KIMBERLY WILLIAMS
RONALD SERAFINI
Nelson Whitaker
Anthony Brown