FILED

MAR - 8 2011
Mar 8, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Elsa Rodriguez
14069 Hunter Grove Dr
Orlando, FL 32828

The case of Miller v. Midland
Credit management, Inc. et al.
No. 08 C 780

Your honor, I so humbley
ask when will I receive
settlement fund of $16.34
on class action suit.

Love,

Elsa Rodriguez

My goal is to take an Amscot tax preparation class & begin a bright future.



Elsa Rodriguez
14069 Nantucket Harbor Dr.
Orlando, FL 32828

②

**RECEIVED**

MAR - 8 2011 JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ORLANDO FL 328
03 MAR 1PM 2 T

Müller Settlement
Clerk of the Court
United States District
Court for the Northern
District of Illinois
219 S. Dearborn St
Chicago, IL 60604
60604-1800