# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCIA MILLER, WILLIAM MILLER, CHARLENE YOWAYS-DAWSON AND WILLIAM ANDERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC., formerly MCM CAPITAL GROUP, INC.<br><br>Defendants. | Case No. 08-C-780<br><br>Magistrate Judge Ashman |

## DEFENDANTS' NOTICE OF COMPLIANCE

NOW COME Midland Credit Management, Inc., Midland Funding, LLC, and Encore Capital Group, Inc. (collectively "Defendants"), by their undersigned attorneys, and hereby submit this Notice of Compliance.

On April 5, 2011, the Defendants discharged their obligations under the Settlement Agreement by depositing all Settlement Funds into the settlement account of the third-party Claims Administrator for distribution according to the terms of the Settlement Agreement and in Paragraphs 5, 6 and 7 of the Court's Final Approval Order (Dkt. 260) dated March 1, 2011.

Dated: April 12, 2011

Respectfully Submitted,

MIDLAND CREDIT MANAGEMENT, INC., MIDLAND FUNDING, LLC, and ENCORE CAPITAL GROUP, INC.

By: __/s/ Tammy L. Adkins__
Tammy L. Adkins

David L. Hartsell
Tammy L. Adkins
McGUIREWOODS LLP
77 W. Wacker Drive, Ste. 4100
Chicago, Illinois 60601-1815
(312) 849-8100
(312) 849-3690 (fax)
dhartsell@mcguirewoods.com
tadkins@mcguirewoods.com

## CERTIFICATE OF SERVICE

I, Tammy L. Adkins, hereby certify that on April 12, 2011, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which constitutes service on below counsel, registered electronic filing users, pursuant to Fed. R. Civ. P. 5(b)(2)(D) and L.R. 5.9.

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Cassandra P. Miller
> Edelman, Combs, Latturner & Goodwin, LLC
> 120 South LaSalle St., 18th Floor
> Chicago, IL 60603
> (312) 739-4200
> ccombs@edcombs.com
> jlatturner@edcombs.com
> cmiller@edcombs.com
> courtecl@edcombs.com

/s/ Tammy L. Adkins